# In the United States Court of Federal Claims

Marcades Rishelle Potter )
_____ )
                        )
                        )
          Plaintiff(s), )   Case No.  22-720 C
                        )
v.                      )
                        )   Judge _____
THE UNITED STATES,      )
                        )
          Defendant.    )
_____ )

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see e.g.,* 28 U.S.C. §§ 1491-1509).

Reason of filing, according to the Cestui Que Vie Act 1666 The United States presumed me dead or have abandoned my said Estate. My Claim is that I "Marcades Rishelle Potter" am not dead and in fact alive. The United States was and is acting as my custodian of my said Estate due to the presumption that I have either died or abandoned my said Estate (reference: Estate name and # is attached in evidence) which neither has occured and that is reason why I am making a claim against the United States Corporation.

2. **PARTIES**

Plaintiff, <u>Marcades Rishelle Potter</u>, resides at <u>1026 Ward St</u>
(Street Address)

<u>Chester PA 19013</u>, <u>609 424 4691</u>
(City, State, ZIP Code)     (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?  ◯ Yes  ● No

If yes, please list the case(s) below, including case number(s):

3. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

Marcades Richelle Potter is in fact alive and has attached evidence to support claim, and also the United States involvement over the said Estate. (Reference: Estate Name and Registration is attached to evidence to support claim)

4. **RELIEF.** Briefly state exactly what you want the court to do for you.

I would like the court to show that I am indeed the entitlement holder of the said Estate and not the "United States" and also that I am indeed alive and well and be compensated the interest of the Estate from the "United States"

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of June, 2022.
      (day)      (month)      (year)

*Mavades Rishelle Potter*
Signature of Plaintiff(s)