### NOTICE AND WARNING TO UTILITY COMPANIES

NOTICE & WARNING TO: EVERY/ALL UTILITY COMPANIES FOR EMBEZZLEMENT , THEFT BY DECEPTION & EXTORTION FAILING TO DISCHARGE ALL DEBTS PURSUANT TO 73RD CONGRESS. SESS 1. CHS. 48 49. JUNE 5, 6,1933 HJR 192 HR 1491 PUBLIC LAW 1 48 STAT 1 PUBLIC LAW 16 CHAPTER 48 STAT 112 PUBLIC LAW 73-10 49 STAT 411 TRADING WITH THE ENEMY ACT (TWEA) OCT 6, 1917 but not limited to:

Since House Joint Resolution 192 (HJR 192) (Public law 7310) was passed in 1933 we have only had debt, because all property and gold was seized by the government as collateral in the bankruptcy of the United States.

In 1863 the first Bank Act was passed. The Office of the Comptroller of the Currency (or OCC) is a US federal agency established by the National Currency Act of 1863 and serves to charter, regulate, and supervise all national banks and the federal branches and agencies of foreign banks in the United States.

The OCC was created by Abraham Lincoln to fund the American Civil War but was later transformed into a regulatory agency to instill confidence in the National Banking system and protect consumers from misleading business practices.

The Lieber Code, or General Order 100 was also created by Abraham Lincoln in 1863.

The National Bank Act (ch. 58, 12 Stat. 665, February 25, 1863) was a United States federal law that established a system of national charters for banks, the United States national banks. It encouraged development of a national currency based on bank holdings of U.S. Treasury securities, the so-called National Bank Notes. It also established the Office of the Comptroller of the Currency (OCC) as part of the Department of the Treasury. This was to establish a national security holding body for the existence of the monetary policy of the state. The Act, together with Abraham Lincoln's issuance of "greenbacks", raised money for the federal government in the American Civil War
by enticing banks to buy federal bonds and taxing state bank issued currency out of existence. The law proved defective and was replaced by the National Bank Act of 1864. The money was used to fund the Union army in the fight against the Confederacy. This authorized the OCC to examine and regulate nationally-chartered banks.

The above only partially begins to include the historical records and other Acts of Congress that proves the US bankruptcy of 1933 and that there is no money, only credit that the American people are the Creditors.

All utilities companies knowingly have been sending their (customers) dividends but, in fact, making each recipient believe that dividend was an invoice for services provided by the utilities companies.

The Utilities Companies have mailed through the US Mail an intentional misrepresentation of facts, unfair business practices and each utility company and agents thereof have knowingly with forethought and malice created a fraudulent debt, defrauding the Creditor, that is the recipient of said dividends, that the utilities companies lead the recipient to believe through deception is an invoice.

The utilities companies in turn then extract through extortionate measures payment from the customers instead of the utilities companies informing those same recipients that this dividend is in actuality payment to the recipient as a charged off debt pursuant to the incorporated in entirety documented evidence provided herein.

ALL utility companies have thus created a convertible and fraudulent debt.(see ANALYSIS OF A COUNTRY EMBEZZLED).

Every/all utilities companies have failed to pay off any of the public debt but rather unlawfully redirected ill-gotten gains into private corporate accounts through embezzlement, theft by deception, fraudulent conversion, and in violation to each all incorporated in entirety laws established through and as a result of the US Bankruptcy of 1933, wherein there is no money, only "bank Notes" which are but only a promise to pay.

**Thus all debts are to be discharged as agreed**, but the utilities companies (and banks) through their greed have not discharged any debt, fraudulently making the utility customer deeper in debt by utilities companies use of "Bank Notes" or "promissory Notes" that the utilities companies add to the public debt side of the books rather than discharging the debts as stipulated in Public Laws, House Resolutions, and House Joint Resolutions.

Additionally, the alleged invoices sent to every recipient is a dividend an/or a coupon to the recipient. The utilities companies all know this to be a fact.

The Comptroller of The Currency also knows all of the above to be irrefutable facts, but is acting as a money laundering agency by/for/through/ the privately owned Federal Reserve, in All (50) fifty states of the unions, et al.

The Comptroller of the Currency at County, State, and Federal level all know the incorporated documents and testimony to be true, but have yet to discharge any of the public debt, therefore have misappropriated funds through embezzlement, theft by deception, obtaining money through false pretenses, extortion and other predicate acts since the date of Comptroller of the Currency inception of 1863.

All utility companies, which are private for profit corporations, regardless of location, are knowingly participating in the fraud and Ponzi scheme with the intent to fraudulently convert this and every other country's wealth into private industry accounts by fraudulent conveyance, embezzlement, theft by deception, creating fraudulent debts, Ponzi scheme and fraud through the US Mail, just for starters.

NOTICE AND WARNING TO UTILITY COMPANIES

Every judge and every attorney in America, especially those who hold positions with several direct connections into the utilities companies bank accounts and acting as attorneys for the banks, most presumably in all other countries as well, since they all get their instructions from England the same place that all the banks get their instructions through the Comptroller of The Currency headquarters in London England, each knowing the above and incorporated to be true, since they are well versed on the US Bankruptcy of 1933 and that America still remains to date in a state of Emergency and operates under English Law, though that also is supposed to be a well-kept secret.

This means there "IS NO MONEY." It further means that since there is no money American's signatures are used as the credit to run this country. That in turn means that it is the American people whom are the Creditors not the Debtors, as the banks and utilities companies would like everyone to believe.

The utilities companies have been operating with this knowledge with intent, forethought and malice to commit the crimes mentioned herein but not limited to.

Due to the facts incorporated herein in entirety, all debts are to be charged off, including but not limited to every alleged utilities invoice, which each/all have actually been a dividend, for which every utilities company embezzled payment through fraud, using extortion and other threats to discontinue service if "Payment is not made."

These alleged invoices were dividends that every utilities company using deceptive business practice lead the public to believe were debts owed, when it is a fact that it is the utilities companies who owe the American public all those fraudulently received ill-gotten gains plus the interest, stocks, bonds and other proceeds derived therefrom.

All utilities companies are now put on notice that all debts are to be charged off pursuant to the stipulated and incorporated herein Acts et al.

Facts assembled and presented by:

"Without Prejudice"

As Woman, *Marcades Rishelle Potter*
[Marcades Rishelle Potter - Authorized Representative]

All Natural Rights "Explicitly" Reserved

U.C.C.1-207/2-207/1-308/1-103.6

NOTICE

## JURAT

A notary public or other completing verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of New Jersey
County of BURLINGTON

Subscribed and sworn to (or affirmed) before me on this 24 day of June, 2022 by MARCADES RISHELLE POTTER, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me. _Daryl Anderson_

_Ond_
_____
Notary Public

_Notary Public_
_____
Title (and Rank)

My commission expires _09/04/2025_

Daryl Anderson
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES   SEPT. 04, 2025

## SCHEDULE OF FEES

Any corporation or Natural person who, by coercion, threat, force, or demand, requires an employee, trustee, or fiduciary of the Trust to perform, produce material, answer, comply with, or act in accord with any particular act as set forth in this schedule, shall be assessed according to this schedule of fees. All intervenors agree to be held liable in their private, individual, and corporate capacity for their actions, and further may be subject to parallel claims of criminal activity including piracy, slavery (suretyship), trespassing, and breach of Fiduciary Duty, Perjury, Misprision of Felony, RICO, and Forfeiture.

### Administrative Fees:

Any Trustee of Fiduciary employed for the matter of processing this claim shall be entitled to 5% of first $1,000,000.00 4% of next $500,000.00 3% of next $500,000.00, 2% over $2,000,000.

### Copyright, trademark, trade name violation

1. Usage of, Marcades Rishelle Potter, © TM including all derivatives, spellings, and upper case lower case combinations and renderings of the trademark and trade

name without express written consent
$1,000,000.00

## Acceptance of Presentments (without contract)

2. Unauthorized Citations $10,000.00 3. Warnings Issued on Paper $10,000.00 4. Summons, Court Notices (without contract) $10,000.00 5. All other related items, fees, or offers $10,000.00

## Deposition, Interrogation (unsolicited)

6. Name $10,000.00 7.Driver's License Number $10,000.00 8. Social Security Number

$50,000.00 9. Retinal Scans $50,000.00 10. Fingerprinting $50,000.00 11. Photographing

$50,00.000 **DNA or Body Fluids**

12. Mouth swab $1,000,000.00 13. Blood samples $1,000,000.00 14. Urine samples

$1,000,000.00 15. Breathalyzer testing $1,000,000.00

16. Hair samples $1,000,000.00 17. Skin samples $1,000,000.00 18. Clothing samples

$1,000,000.00

19. Forced giving of fluids/samples $1,000,000.00

## Obstruction of Travel, Property Search, Trespass, Theft, Carjacking, Interference with Commerce

20. Interference with travel (without contract or emergency) $2000.00/minute after warning

21.Temporary detention, obstruction, or restraint (without warrant) $2000.00/minute after warning

22. Automobile/Vessel/Car Search $1,000,000.00 23. Body/Clothing Search $1,000,000.00

24. Handcuffing, being tied or otherwise restricted $1,000,000.00 25. Taking/Theft/Deprivation

of Property $10,000.00 per day 26. Jailed, Warehousing, Incarceration $1,000,000.00 per day

## Signature, Endorsement, Autograph (SEA)

27. Autograph under threat, duress, or coercion $1,000,000.00

# First Will and Testament of the Grantor

I, Constanzia Trishelle Pearson, being of sound mind and over the age of 40, as Grantor of the private trust security – Estate MARCADES RISHELLE POTTER, Registration Number 1989-0072416, Date of Registration - September 27, 1989, do Bless and do Grant Irrevocable Power of Attorney over said trust security to my daughter Marcades R Potter, her agents and/or assigns this twentieth day of October, 2019

_____
(Mother Signature

Signed before me at 53 Berkshire Lane , in the County of Burlington, State Of New Jersey, this the twenty fifth day of May 2022,

_____ 05/25/2022
Notary Sign and Data)

ACKNOWLEDGEMENT
I, Marcades R. Potter, daughter of Constanzia Trishelle Pearson acknowledge my acceptance of the Grant of Irrevocable Power of Attorney this 25th day of May, 2022

_____

_____
Notary stamp/signature

Darryl Anderson
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES   SEPT. 04, 2025

Affidavit of Correction

STATE OF _NJ_

COUNTY OF _Burlington_

MAY 25, 2022

I, Marcades Rishelle Potter fully aware and competent, hereby state that this Affidavit is for the purpose of correcting an error on the Birth certificate. .

    1. The error(s) made consist(s) of:

The name MARCADES RISHELLE POTTER, that appears on the birth certificate in all capital letters is mistyled, nobody's name on the documentation according to 18 U.S.C 1342 any name that's not in proper form is considered a fictitious name.

    2. The corrected amendment is:

The name was intended to be in proper form the name in it's proper form is. Marcades Rishelle Potter, this is what it was intended to be for my benefit. Done by my hand as my free act and deed. Signed under the penalties of perjury on

May 25, 2022

_Marcades Rishelle Potter_
MARCADES RISHELLE POTTER

---

STATE OF _NJ_

COUNTY OF _Burlington_, ss:

This Affidavit was acknowledged before me on this day of ___May 25___, _2022_ by Marcades Rishelle Potter, who, being first duly sworn on oath according to law, deposes and says that he has read the foregoing Affidavit subscribed by him, and that the matters stated herein are true to the best of his information, knowledge and belief.

_____
Notary Public

_Notary Public_
Title (and Rank)

My commission expires _09/04/2025_

Darryl Anderson
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES   SEPT. 04, 2025

Affidavit of Knowledge of Facts

STATE OF _New Jersey_

COUNTY OF _Burlington_

The undersigned, Potter, Marcades Rishelle do hereby swear, certify ,and affirm that

1.Potter, Marcades Rishelle having personal knowledge of facts set out that are admissible into evidence and if called as a witness, couldtestify completely thereto.

2. I am over the age of 18 and domicile in New Jersey.

3. I signed and executed the back of the certificate, Done by my hand as my free will act and deed declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete.

Executed this day of, _May 25th_ 2022

Potter, Marcades Rishelle

NOTARY ACKNOWLEDGMENT

STATE OF _New Jersey_

COUNTY OF _Burlington_

This Affidavit was acknowledged before me on _May_ this _25th_ day by Marcades Rishelle Potter, who being first duly sworn on oath according to law, deposes and says that she has read the foregoing Affidavit subscribed by her, and that the matters stated herein are true to the best of this information, knowledge and belief.

Notary Public

_Notary Public_
Title (and Rank)

My commission expires _August 6, 2026_

LEO DOLAN III
Notary Public, State of New Jersey
My Commission Expires Aug 6, 2026

Seal

AFFIDAVIT OF LIFE

\I, Marcades Rishelle  Of the family of Potter, Affiant, being over the age of eighteen (18) years, competent to witness does state for the public record the following:

1. That the public record on file with the Office of the Registrar of the Commonwealth of New Jersey shows that the entity known as MARCADES RISHELLE POTTER took the first breath of life 15th  day of the month of August in the year One - Thousand Nine Hundred and Eighty Nine (15th August 1989) do know the contents to be true, correct, complete, and not misleading, the truth, the whole

2. That as of the date of this Affidavit of Life the entity known as Marcades Rishelle Of the family of Potter, is still alive and breathing, and

3. Since the 15th  day of the month of August in the year One - Thousand Nine Hundred and Eighty Nine (15th August 1989) MARCADES RISHELLE POTTER has not surrendered nor abandoned any claim of her Estate to include but not limited to and

4. Further Affiant saith naught.

I, Marcades Rishelle Of the family of Potter, do affirm that I have read the above affidavit and truth, and nothing but the truth.

_____
Marcades Rishelle Of the family of Potter

_____05/25/2022____
date

R Thumb Print

WITNESSES

We, the undersigned witnesses, attest that we individually and collectively know the entity known as Marcades Rishelle Potter to be alive and breathing and that he is not lost beyond the sea, but walks among us upon the land, and that we did witness him affix his autograph to the above AFFIDAVIT OF LIFE and also to place his right thumb print in his own blood upon this document.

_____
Darryl Anderson

_____
Marcel J. Wood

Darryl Anderson
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES   SEPT, 04, 20__

Corpus Juris Secundum

Section 16, Page 892:

FACT OF DEATH: Death of the person on whose estate administration is sought is a
 jurisdiction requisite; and while the presumption of death arising from absence may present a
 prima facie
case sufficient to warrant a grant of administration, yet if it subsequently develops that
 such person was in fact alive, the administration is **void**.

While it is true that the presumption of death arising from a person's absence, unheard from, for
a considerable length of time, see "Death Section 6", may present a prima facie case sufficient to
 warrant a grant of administration on his estate, the arising of such presumption does not take
 the case out of the operation of the general rule on the subject, and if it is made to appear that
 the person was in fact alive at the time such administration was granted, the administration is
 absolutely void.  Although, that payment to an administrator of an absentee who is not in fact
 dead is no defense against the absentee or his legal representative, nor are costs and
 disbursement incurred by such administrator a legal charge against the absentee or his
 property; but where the administrator has paid debts of the absentee, he is subrogated to the
 rights of the creditors whom he has paid.  It has been considered, however, that the invalidity of
 the administration does not relate back, but that it is invalid only the time when the
 presumption of death is rebutted.



# Cestui Que Vie Act

**1666 CHAPTER 11**

# 1666

An Act for Redresse of Inconveniencies by want of Proofe of the Deceases of Persons beyond the Seas or absenting themselves, upon whose Lives Estates doe depend.

**Annotations:**

**Editorial Information**

**X1** Abbreviations or contractions in the original form of this Act have been expanded into modern lettering in the text set out above and below.

**Modifications etc. (not altering text)**

**C1** Short title "The Cestui que Vie Act 1666" given by Statute Law Revision Act 1948 (c. 62), **Sch. 2**

**C2** Preamble omitted in part under authority of Statute Law Revision Act 1948 (c. 62), **Sch. 1**

**C3** Certain words of enactment repealed by Statute Law Revision Act 1888 (c. 3) and remainder omitted under authority of Statute Law Revision Act 1948 (c. 62), **s. 3**

**Annotations:**

**Editorial Information**

**X1** Abbreviations or contractions in the original form of this Act have been expanded into modern lettering in the text set out above and below.

**Modifications etc. (not altering text)**

**C1** Short title "The Cestui que Vie Act 1666" given by Statute Law Revision Act 1948 (c. 62), **Sch. 2**

**C2** Preamble omitted in part under authority of Statute Law Revision Act 1948 (c. 62), **Sch. 1**

**C3** Certain words of enactment repealed by Statute Law Revision Act 1888 (c. 3) and remainder omitted under authority of Statute Law Revision Act 1948 (c. 62), **s. 3**

**I] Cestui que vie remaining beyond Sea for Seven Years together and no Proof of their Lives, Judge in Action to direct a Verdict as though Cestui que vie were dead.**

If such person or persons for whose life or lives such Estates have beene or shall be granted as aforesaid shall remaine beyond the Seas or elsewhere absent themselves in this Realme by the space of seaven yeares together and noe sufficient and evident proofe be made of the lives of such person or persons respectively in any Action commenced for recovery of such Tenements by the Lessors or Reversioners in every such case the person or persons upon whose life or lives such Estate depended shall be accounted as naturally dead, And in every Action brought for the recovery of the said Tenements by the Lessors or Reversioners their Heires or Assignes, the Judges before whom such Action shall be brought shall direct the Jury to give their Verdict as if the person soe remaining beyond the Seas or otherwise absenting himselfe were dead.

**II]** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . F1

**F1** S. II repealed by Statute Law Revision Act 1948 (c. 62), **Sch. 1**

**III]** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **F2**

**Annotations:**

  **Amendments (Textual)**

**F2** S. III repealed by Statute Law Revision Act 1863 (c. 125)

**IV] If the supposed dead Man prove to be alive, then the Title is revested. Action for mean Profits with Interest.**

x2Provided alwayes That if any person or [x3person or] persons shall be evicted out of any Lands or Tenements by vertue of this Act, and afterwards if such person or persons upon whose life or lives such Estate or Estates depend shall returne againe from beyond the Seas, or shall on proofe in any Action to be brought for recovery of the same [to] be made appeare to be liveing; or to have beene liveing at the time of the Eviction That then and from thenceforth the Tennant or Lessee who was outed of the same his or their Executors Administrators or Assignes shall or may reenter repossesse have hold and enjoy the said Lands or Tenements in his or their former Estate for and dureing the Life or Lives or soe long terme as the said person or persons upon whose Life or Lives the said Estate or Estates depend shall be liveing, and alsoe shall upon Action or Actions to be brought by him or them against the Lessors Reversioners or Tennants in possession or other persons respectively which since the time of the said Eviction received the Proffitts of the said Lands or Tenements recover for damages the full Proffitts of the said Lands or Tenements respectively with lawfull Interest for and from the time that he or they were outed of the said Lands or Tenements, and kepte or held out of the same by the said Lessors Reversioners Tennants or other persons who after the said Eviction received the Proffitts of the said Lands or Tenements or any of them respectively as well in the case when the said person or persons upon whose Life or Lives such Estate or Estates did depend are or shall be dead at the time of bringing of the said Action or Actions as if the said person or persons where then liveing.]

**Annotations:**

**Editorial Information**

**X2** annexed to the Original Act in a separate Schedule

**X3** Variant reading of the text noted in *The Statutes of the Realm* as follows: *O.* omits [*O.* refers to a collection in the library of Trinity

Kati M4 months ago

They have the right.  Period.  Because until you let them know that you are no longer a minor and need the Fed Res Bank and it's agencies as your custodian, you will always be treated as child acting out. The law is clear.  If you want to fight them, find the laws in their systems and fight them.  I would suggest googling 31 CFR 225.2 and look at the definition of a Custodian.  We are minors til we notify them that we are at an age of Majority.

**Annotations:**
 **Amendments (Textual)**

# DECLARATION OF TRUST

### The Marcy Revocable Trust (the "Trust")
This certifies that Marcades Rishelle Potter has executed a Revocable Living Trust

This AMENDED AND RESTATED DECLARATION OF TRUST (this "**Declaration**") hereby amends and restates in its entirety The Marcy Revocable Trust executed on 05-24-2022, and is made and executed on the date below by and between the herein-named grantor and trustee. This trust created herein will be known as The Hokage Revocable Trust (the "**Trust**").

WITNESSETH:

**1.    FAMILY**

At the time of executing this Trust, the grantor, also known as Marcades Rishelle Potter, (the "**Grantor**"), is unmarried. The names of Marcades Rishelle Potter's children are listed below. Unless otherwise specifically indicated in this Trust, any provision for Marcades Rishelle Potter's children includes the below-named children as well as any child of Marcades Rishelle Potter hereafter born or adopted.

Karter Randolph Johnson

**2.    TRUST PROPERTY**

The Grantor declares that he or she has set aside and caused the transfer of all of his or her right, title, and interest in and to the property described in <u>Schedule A</u> to the Trust (together with any other property added to the Trust, the "**Trust Property**") for the use, benefit, and enjoyment of the beneficiaries named herein. At any time hereafter, the Grantor may transfer any other real or personal property to the Trust. The Trust may also receive property from any other source, including pursuant to the Grantor's last will and testament. The Trust Property will be held, administered, and distributed as set forth in the Trust and any subsequent amendments to it.

**3.    AUTHORITY, POWER, and RIGHTS OF GRANTOR**

(a)    <u>Amend and Revoke</u>. The Grantor has the authority, power, and right to amend, modify, or revoke the Trust. The Grantor is not required to give prior notice to or obtain the consent of any beneficiary or trustee hereunder before

1

making such changes. All amendments, notices, or other documents and instruments affecting or furthering the purposes of this Declaration must be in a signed writing delivered to the trustee.

(b)   <u>Appointment of Trustee</u>. The Grantor may at any time appoint, substitute, or otherwise change the person designated to act as trustee or successor trustee hereunder. The Grantor is not required to give notice to or obtain the consent of any such trustee, successor trustee, or beneficiary before making such changes.

(c)   <u>Right to Income and Principal</u>. During his or her lifetime, the Grantor will be exclusively entitled to all net income and as much principal from the Trust Property as the trustee determines is necessary for the Grantor's health, education, maintenance, support, comfort, and welfare, and these amounts will be distributed at least annually.

(d)   <u>Homestead</u>. The Grantor reserves the right to reside in any residential real property conveyed or transferred to the Trust rent-free and without charge (except for mortgage payments, taxes, insurance, maintenance, and other related expenses) during his or her lifetime, it being the intent of this provision to preserve the requisite beneficial interest and possessory right of the Grantor in and to such real property in accordance with the applicable provisions of state homestead or similar laws, and to ensure that the Grantor does not lose eligibility for a state homestead tax exemption for which he or she otherwise qualifies.

## 4.   APPOINTMENT OF TRUSTEE

(a)   Marcades Rishelle Potter will be the initial trustee of the Trust, with all of the rights, privileges, and responsibilities set forth herein.

(b)   If at any time the initial trustee resigns or cannot serve due to death, disability, or incapacity, Karter Randolph Johnson will be the successor trustee of the Trust and each subtrust of the Trust, if any. If such nominee is unable or unwilling to serve for any reason, Marcel James Lamar Wood will be the successor trustee. The successor trustee will assume the active administration of the Trust in accordance with the provisions set forth herein. Any successor trustee will have all of the powers, duties, authority, and discretion herein and by law granted to the initial trustee. If there are two co-trustees serving, they shall act by unanimous agreement. If there are more than two co-trustees serving, they shall act in accordance with decisions made by the majority of the co-trustees.

(c)   A successor trustee's authority and power may be subsequently terminated by the Grantor without the consent of, or prior notice to, that successor trustee, if the initial trustee has sufficiently recovered from any physical or mental

impairment that prevented the initial trustee from being able to fully and competently administer the Trust.

(d)     As used in this Trust, the terms "disability" and "incapacity" refer to a person's physical or mental inability to properly manage his or her own financial affairs, as established by the written opinion of two licensed medical doctors, one of whom must be such person's primary care physician, if any. Any healthcare provider is authorized to disclose to the successor trustee any pertinent individually identifiable health information sufficient to determine whether the trustee is physically or mentally capable of managing his or her own financial affairs. This release authority applies to any information governed by the Health Insurance Portability and Accountability Act of 1996 ("**HIPAA**") and all other applicable state and federal law, and each successor trustee constitutes a trustee's "personal representative" as defined by HIPAA.

## 5.     POWERS AND DUTIES OF TRUSTEE

(a)     <u>General Powers and Duties</u>. The trustee under this Declaration will have all powers necessary and appropriate to administer the Trust, including all powers granted under New Jersey law, subject to the trustee's fiduciary duties to the Grantor and beneficiaries and any restrictions or limits set forth under New Jersey law. The trustee may exercise all powers without the approval or supervision of any court, the Grantor, or any beneficiary.

(b)     <u>Specific Powers</u>. In furtherance of subsection (a) above, the powers of the trustee include, but are not limited to, the powers to:

　　　　1)     Collect, hold, maintain, manage, and administer the Trust Property as if the trustee were the absolute owner of it;

　　　　2)     Sell, trade, deal, encumber, mortgage, pledge, option, lease, lend, or improve the Trust Property;

　　　　3)     Invest, reinvest, and make purchases with the income and principal of the Trust in every kind of property, asset, and investment;

　　　　4)     Borrow money from the Trust for trust purposes;

　　　　5)     Employ and pay reasonable fees to attorneys, accountants, financial advisors, and any other professionals deemed necessary or advisable for the proper administration of the Trust;

6)   Enter into contracts and otherwise execute any instruments on behalf of the Trust;

7)   Establish bank, brokerage, and other financial and nonfinancial accounts for and on behalf of the Trust, and execute any and all documents on the Trust's behalf in relation thereto, including any resolutions, certifications, or certificates required for such accounts;

8)   Distribute or divide the Trust Property in accordance with this Declaration (subject to any restrictions or limits set forth under New Jersey law), and execute any documents necessary to administer any trust or subtrust created by this Declaration;

9)   Receive additional property into the Trust;

10)  Continue, operate, expand, manage, and sell any business that is part of the Trust;

11)  Commence, defend, arbitrate, and settle legal claims or actions concerning the Trust or the Trust Property;

12)  Exercise voting rights, give proxies, and enter into voting agreements with respect to stock and other business ownership interests held by the Trust;

13)  Prepare tax returns and take any necessary or desirable actions with governmental agencies;

14)  Have authority over, and the right to access, all digital Trust Property, including the content of any of the Grantor's electronic communications, any catalogue of electronic communications sent or received by the Grantor, and any other digital asset in which the Grantor has a right or interest, in accordance with applicable state law;

15)  Purchase and modify insurance;

16)  Pay or disburse such sums from the assets of the Trust as may be required, necessary, or desirable to maintain the comfort and

welfare of the Grantor if the Grantor is unable to actively and competently exercise judgment over financial matters by reason of a medical illness or mental impairment;

17)   On the death of the Grantor, pay any just debts and expenses of the Grantor; and

18)   Divide any trust created under this Trust into two (2) or more separate trusts having the same dispositive provisions.

(c)   <u>Compensation</u>. The trustee may receive reasonable compensation for services rendered as Trustee.

(d)   <u>Resignation</u>. Any trustee may resign by providing 30 days' written notice to the beneficiaries.

## 6.   BENEFICIARIES

Subject to the creation of any subtrusts, on the death of the Grantor, the trustee shall allocate or distribute the remaining Trust Property to the beneficiaries named below, after the payment of any just debts, funeral expenses, trust and estate administration expenses, and estate taxes:

(a)   <u>Specific Bequests.</u>

None.

(b)   <u>Residual Assets.</u> After all specific bequests have been made, the residual Trust Property will be divided into as many equal shares as there are living children of Grantor and deceased children of Grantor with issue then living. Each living child shall be given one share. Any share of the Trust Property allocated to a deceased child with issue then living shall be further divided into shares for said issue, per stirpes. The terms "issue," "child," "children," include a person who has a parent-child relationship, as defined under applicable state law, with the person through whom this person claims benefits under this Trust. These terms do include persons who are adults at the time of adoption.

## 7.   DISTRIBUTION IF NO LIVING BENEFICIARIES

If at any time before full distribution of the Trust Property all of the beneficiaries are deceased and this instrument directs no other disposition of the Trust Property, the

remaining portion of the Trust Property will then be distributed to the Grantor's heirs at law, determined according to the laws of intestate succession.

## 8.   NONLIABILITY OF THIRD PARTIES

(a)   The Trust is created with the express interest and understanding that any third parties, including but not limited to agents, employees, or vendors, who, on the written request of the Grantor or under the color of authority granted to the trustee in this Declaration, perform any duties or render any services in furtherance of the purposes and intents of this Trust, absent any showing of fraud or bad faith, will be under no liability for the proper administration of any assets or properties being the subject of that third party's acts.

(b)   This limitation of liability gives specific protection to any third party who acts, performs, or renders any services pursuant to any notice, instrument, or document believed (and represented) to be genuine, and to have been signed and presented by the proper parties.

(c)   It is further the express intent of the Grantor that the nonliability of all third parties be given broad and prospective application. In particular, a depository, custodial agent, financial institution, or any other person or entity acting in a fiduciary capacity with regards to any Trust Property will suffer no liability and will incur no express or implied obligations when acting in the capacity of a transferor, on proper request, of any assets or property either sought to be or constructively comprising the Trust Property.

## 9.   MISCELLANEOUS

(a)   <u>Physical Segregation of Trust Shares Not Required</u>. If more than one trust is created under this Declaration, the trustee is not required to physically segregate or divide the assets of the various trusts, except if physical segregation or division is required on the termination of any of the trusts. Notwithstanding the foregoing, the trustee shall maintain separate books and records for each separate trust.

(b)   <u>Distribution Authority</u>. If the trustee is required by this Declaration to divide any Trust Property into parts or shares, for the purpose of distribution or otherwise, the trustee is authorized, in the trustee's sole discretion, to make that division and distribution in identical interests, in kind, or partly in kind or partly in

money, pro rata or non pro rata. For this purpose, the trustee may sell such Trust Property not specifically devised as the trustee deems necessary.

      (c)    <u>Liability for Estate Taxes</u>. Any estate, inheritance, and succession taxes, including any interest and penalties thereon, imposed by the federal government or any state, district, or territory, attributable to Trust Property includible in the Grantor's estate, will be apportioned among the persons interested in the Trust in accordance with applicable state and federal law.

The trustee is authorized and directed to seek reimbursement from the beneficiaries of the Trust of any taxes paid by the trustee to the extent allowed by law. If the trustee cannot collect from any person interested in the Trust the amount of tax apportioned to that person, the amount not recoverable will be equitably apportioned among the other persons interested in the Trust who are subject to apportionment. If a person is charged with or required to pay tax in an amount greater than his or her prorated amount because another person does not pay his or her prorated amount, the person charged with or required to pay the greater amount has a right of reimbursement against the other person.

      (d)    <u>Spendthrift Provision</u>. No interest in the principal or income of any trust created under this Declaration may be anticipated, assigned, encumbered, or subjected to a creditor's claims or legal process until it is actually received by the beneficiary. This spendthrift provision constitutes one of the material purposes of the trusts created hereunder.

      (e)    <u>Payments to Minor Beneficiaries</u>. The trustee may make distributions of a minor's trust share, up to the whole thereof, to the guardian of the minor's person or a custodian for the minor under state law, or may apply distributions directly for the minor's benefit.

      (f)    <u>Qualified Subchapter S Trust Provision</u>. It is the Grantor's intent that any trust created herein holding stock in a qualified subchapter S corporation for any beneficiary qualify as a qualified subchapter S trust ("**QSST**"). The current income beneficiary of said trust is directed to file the required election with the Internal Revenue Service to qualify as a QSST. The trust will have only one current income beneficiary. The income of that trust will be distributed at least annually to only the income beneficiary. The income interest of the income beneficiary will end at the earlier of the QSST termination or the death of the income beneficiary. If the QSST ends during the life of the income beneficiary all of the assets in the QSST must be distributed to the income beneficiary.

If a trust is comprised of shares in a "small business corporation," as defined in Section 1361 of the Code or any successor thereto, the trustee may segregate said trust property into a separate trust and, as trustee, may modify the terms of said trust (if

necessary) so that said trust will be a QSST as defined in the Code or any successor thereto. The trustee shall make any such modification by a written document signed by the trustee and delivered to the beneficiary of said trust or to the guardian of any minor beneficiary or conservator of any incompetent beneficiary. As long as an election under Section 1362 of the Code or any successor thereto is in effect, the terms of the so-called QSST will continue for so long as necessary. When the trust property is no longer comprised of small business corporation stock or a Section 1362 election has not been made, the special QSST will terminate and the trust property will be held in accordance with the terms of the original trust.

(g)     Bond. Each trustee of a trust created under this Declaration may serve without bond.

(h)     Governing Law. This Trust will be construed and enforced in accordance with the laws of the state of New Jersey.

(i)     Severability. If a court of competent jurisdiction at any time invalidates or finds unenforceable any provision of this Trust, such invalidation will not invalidate the whole of this Trust. All of the remaining provisions will be undisturbed as to their legal force and effect. If a court finds that an invalidated or unenforceable provision would become valid if it were limited, then such provision will be written, deemed, construed, and enforced as so limited.

(j)     Perpetuities Savings. Despite any other provision of this Trust to the contrary, the Trust will terminate no later than 21 years after the death of the last surviving beneficiary who is living at the time of the Grantor's death.

**IN WITNESS WHEREOF,** the Grantor has executed this declaration of trust on the date written below.

_Marcades Rishelle Potter_
Signature of Marcades Rishelle Potter, as Grantor

Date: _06/24/2022_

8

_Marcades Rishelle Potter_
Signature of Marades Rishelle Potter, as
Trustee of
The Marcy Revocable Trust

Date: _June 24, 2022_

# ACKNOWLEDGMENT

State of New Jersey

County of _Burlington_

On this _24th_ day of _June_, 20 _22_, before me, the undersigned
Notary Public, personally appeared Eric Jenkins, personally known to me
(or proved to me on the basis of satisfactory evidence) to be the individual
who signed the foregoing instrument and acknowledged to me that he or
she executed the same in his or her authorized capacity, and that by such
signature, the person executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public

My Commission Expires: _09/04/2025_

Darryl Anderson
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES   SEPT. 04, 2025

9

## ATTESTATION AND DECLARATION OF WITNESSES

In our presence, the above-named Grantor has declared or signified that this instrument is his or her declaration of trust and has signed and executed that instrument, and in the presence of the Grantor and each other we have hereunto subscribed our names on the date set forth under our signature.

1. _____
(Signature of witness)

Date: _06/24/2022_

_Darryl Anderson_
(Print Name)

_90 Eastbrook Lane_
(Address)

_Willingboro, NJ 08046_
(City, State, ZIP)

2. _____
(Signature of witness)

Date: _June 24, 2022_

_Marcel J Wood_
(Print Name)

_1026 Ward St. Chester PA 190_
(Address)

_Chester PA, 19013_
(City, State, ZIP)

10

Schedule A

**Trust Property**

All of the Grantor's interest in the following property is transferred into the Trust:

- All personal property, including but not limited to jewelry, household furniture and furnishings, clothes, digital and electronic files, and other personal items

- MARCADES RISHELLE POTTER 1989-0072416

12

# *THE*
# *LAST WILL AND TESTAMENT*
# *OF*
# *Marcades Rishelle Potter*

## DECLARATION

I, Marcades Potter, also known as Marcades Rishelle Potter, a resident of the state of New Jersey and county of Burlington and being of sound mind and memory, do hereby make, publish, and declare this to be my last will and testament, thereby revoking and making null and void any and all other last will and testaments and/or codicils to last will and testaments heretofore made by me. All references herein to **"this Will"** refer only to this last will and testament.

## FAMILY

At the time of executing this Will, I am unmarried. The names of my children are listed below. Unless otherwise specifically indicated in this Will, any provision for my children includes the below-named children as well as any child of mine hereafter born or adopted.

Karter Randolph Johnson

## DISTRIBUTION

I give, devise and bequeath all of the rest, remainder and residue of my Estate, whether real or personal property of whatsoever kind or character and wherever situated, to the Trustee(s) of The Marcy Revocable Trust, dated May 24, ___ ___, 20 22, as then written or thereafter amended, to be added to the principal of that Trust and to be held, administered and distributed under the Declaration of Trust and any amendments made to it. If at the time of my death the Trust is revoked or fails for any reason, I incorporate herein by reference the terms of the Trust that are in effect on the date of the Trust's execution, and give the rest, remainder, and residue of my estate to the trustee named in said Trust, to be held, administered, and distributed in accordance with the terms of the Trust incorporated herein.

## EXECUTOR NOMINATION

I nominate Karter Randolph Johnson to be the executor of this Will.

If, for any reason, my first nominee executor is unable or unwilling to serve or to continue to serve as executor of this Will, I nominate Marcel James Lamar Wood

to be the executor of this Will.

If none of the nominated executors are able and willing to serve or continue to serve, and the vacancy is not filled as set forth above, the majority of estate beneficiaries shall nominate a successor executor. If the majority of estate beneficiaries are unable to nominate a successor executor, the vacancy will be filled pursuant to a petition filed in a court of competent jurisdiction by the resigning executor or any person interested in the estate.

## MISCELLANEOUS EXECUTOR PROVISIONS

The term "**executor**" includes any executrix, personal representative, or administrator, if those terms are used in the statutes of any state that has jurisdiction over all or any portion of my estate.

My executor will have broad and reasonable discretion in the administration of my estate to exercise all of the powers permitted to be exercised by an executor under state law, including the power to sell estate assets with or without notice, at either public or private sale, and to do everything he or she deems advisable and in the best interest of my estate and the beneficiaries thereof, all without the necessity of court approval or supervision. I direct that my executor perform all acts and exercise all such rights and privileges, although not specifically mentioned in this Will, with relation to any such property, as if the absolute owner thereof and, in connection therewith, to make, execute, and deliver any instruments, and to enter into any covenants or agreements binding my estate or any portion thereof.

If there are two co-executors serving, they shall act by unanimous agreement. If there are more than two co-executors serving, they shall act in accordance with the decision made by the majority of co-executors.

Subject to specific provisions to the contrary, I authorize my executor to distribute a share of my estate given to a minor beneficiary, up to the whole thereof, to a custodian under the applicable Transfers to Minors Act or Gifts to Minors Act, if in the executor's discretion, it is in the best interests of the beneficiary. The executor may also make distributions to a minor by making distributions to the guardian of the minor's person, or the guardian of the minor's estate.

page of my last Will and Testament ___mp___ (initial)

2

No person named as an executor is required to post any bond.

I authorize my executor to make the following choices or elections in my executor's absolute discretion, regardless of the resulting effect on any other provisions of this Will or on any person interested in my estate or in the amount of any of the taxes referred to: (a) choose a valuation date for estate or inheritance tax purposes or choose the methods to pay estate or inheritance taxes; (b) elect to treat or use an item, for either federal or state tax purposes, as either an income tax deduction or as a deduction for estate or inheritance tax purposes; (c) determine when a particular item is to be treated as taken into income or used as a tax deduction, to the extent the law provides that choice; and (d) disclaim all or any portion of any interest in property passing to my estate at or after my death, even though any of these actions may subject my estate to additional tax liabilities. No person adversely affected by my executor's exercise of discretion under this clause is entitled to any reimbursement or adjustment, and my executor is not required to make any adjustment between income and principal or in the amount of any property passing under this Will as a result of any election under this provision.

I authorize my executor, without obtaining court approval, to employ professional investment counsel on such terms as my executor considers proper, and to pay the fees of investment counsel as an expense of administration of my estate. However, my executor is under no obligation to employ any investment counsel.

I authorize my executor either to continue the operation of any business belonging to my estate for such time and in such manner as my executor may consider advisable and in the best interest of my estate, or to sell or liquidate the business at such time and on such terms as my executor may consider advisable and in the best interest of my estate. Any such good faith operation, sale, or liquidation by my executor will be at the risk of my estate and without liability on the part of my executor for any losses that may result.

## GUARDIAN NOMINATION

I nominate Marcel James Lamar Wood to be the guardian of the person and estate of each minor child of mine.

If, at any time during the minority of any child of mine, my first nominee guardian, for any reason, is unable or unwilling to serve or to continue to serve as guardian of the person and estate of each minor child, I nominate Edward Anthony Perkins to be the guardian of the person and estate of each minor child of mine.

If, at any time during the minority of any child of mine, none of the individual(s) named above are able and willing to serve or to continue to serve as

page of my last Will and Testament __MP__ (initial)

3

guardian of the person and estate of each such child, I nominate Keenan Isaiah Worsley to be the guardian of the person and estate of each minor child of mine.

## ADDITIONAL GUARDIANSHIP PROVISIONS

The term "**guardian**" as used in this Will includes any person herein named as a guardian of both the person and estate of my minor children.

As it is my desire that the loving care and treatment of my minor children be trusted in the guiding hands of the person designated by me as guardian of my minor children, I wish said guardian to exercise broad and reasonable discretion in dealing with the person and estate of my minor children so as to be able to do everything deemed advisable in the best interest of said minor children.

I direct that the guardian of my minor children perform all acts, take all proceedings, and exercise all such rights and privileges, although not specifically mentioned in this Will, with relation to any matter affecting both the person and estate of those minor children.

If there are two co-guardians serving, they shall act by unanimous agreement. If there are more than two co-guardians serving, they shall act in accordance with the decision made by the majority of the co-guardians.

No person named as guardian in this Will is required to file any bond.

## DEBT

I direct that as soon as is practical after my death, the executor named pursuant to this Will review all of my just debts and obligations, including last illness and funeral expenses, except for those secured long-term debts that may be assumed by the beneficiary of such property, unless such assumption is prohibited by law or on agreement by the beneficiary. The executor is further directed to pay any attorneys' fees and any other estate administration expenses. The executor shall pay these just debts only after a creditor provides timely and sufficient evidence to support its claim and in accordance with applicable state law.

I direct that any estate, inheritance, and succession taxes, including any interest and penalties thereon, imposed by the federal government or any state, district, or territory, attributable to assets includible in my estate, passing either under or outside of this Will, be apportioned among the persons interested in my estate in accordance with applicable state and federal law. My executor is authorized and directed to seek

page of my last Will and Testament___ (initial)

reimbursement from the beneficiaries of my estate of any taxes paid by my executor to the extent allowed by law.

If my executor cannot collect from any person interested in the estate the amount of tax apportioned to that person, the amount not recoverable will be equitably apportioned among the other persons interested in the estate who are subject to apportionment.

If a person is charged with or required to pay tax in an amount greater than his or her prorated amount because another person does not pay his or her prorated amount, the person charged with or required to pay the greater amount has a right of reimbursement against the other person.

I further direct that if any beneficiary named in this Will is indebted to me at the time of my death, and evidence of such indebtedness is provided or made available to my executor, that share of my estate that I give to any and each such beneficiary be reduced in value by an amount equal to the proven indebtedness of such beneficiary unless: (i) I have specifically provided in this Will for the forbearance of such debt, or (ii) such beneficiary is the sole principal beneficiary.

## SIMULTANEOUS DEATH

If it cannot be established if a beneficiary of my estate survived me, the provisions of the applicable Uniform Simultaneous Death Act, as amended, or any substantially similar successor act effective on the date of my death, will apply.

## NONLIABILITY OF FIDUCIARIES

Any fiduciary, including my executor and any trustee, who in good faith endeavors to carry out the provisions of this Will, will not be liable to me, my estate, my heirs, or my beneficiaries for any damages or claims arising because of their actions or inaction, or the actions of any predecessor fiduciary acting pursuant to this Will. My estate will indemnify and hold them harmless.

## SAVINGS CLAUSE

If a court of competent jurisdiction at any time invalidates or finds unenforceable any provision of this Will, such invalidation will not invalidate the whole of this Will. All of the remaining provisions will be undisturbed as to their legal force and effect. If a court finds that an invalidated or unenforceable provision would become valid if it were limited, then such provision will be deemed to be written, deemed, construed, and enforced as so limited.

page of my last Will and Testament ____MP____ (initial)

5

**IN WITNESS WHEREOF**, I, the undersigned testator, declare that I sign and execute this instrument on the date written below as my last will and testament and further declare that I sign it willingly, that I execute it as my free and voluntary act for the purposes expressed in this document, and that I am eighteen years of age or older, of sound mind and memory, and under no constraint or undue influence.

_Mercedes Potter_
(Signature oF Marcades Potter)

Date: ___5/24/22___

page of my last Will and Testament___MP___(initial)

6

## ATTESTATION CLAUSE

This last will and testament, which has been separately signed by Marcades Rishelle Potter the testator, was on the date indicated below signed and declared by the above named testator as his or her last will and testament in the presence of each of us. We, in the presence of the testator and each other, at the testator's request, under penalty of perjury, hereby subscribe our names as witnesses to the declaration and execution of the last will and testament by the testator, and we declare that, to the best of our knowledge, said testator is eighteen years of age or older, of sound mind and memory and under no constraint or undue influence.

1. _____
(Signature of witness)

Date: _May 24, 2022_

_Marcel James Wood_
(Print Name)

_1026 Ward St_
(Address)

_Chester PA 19013_
(City, State, ZIP)

2. _____
(Signature of witness)

Date: _May 24, 2022_

_Darryl Anderson_
(Print Name)

_26 East Brook Ln_
(Address)

_Willingboro NJ 08046_
(City, State, ZIP)

page of my last Will and Testament __MP__ (initial)

7

page of my last Will and Testament ___mp___ (initial)

8