**FROM:**

Marcades Rishelle Potter

1026 Ward Street

Chester, PA 19013



RECEIVED
JUN 28 2022
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**TO:**

Howard T. Markey National Courts Building

ATTN: Clerk of Court

717 Madison Place, NW

Washington, D.C. 20439

U.S. POSTAGE PAID
FCM LG ENV
WILLINGBORO, NJ
09046
JUN 24, 22
AMOUNT
$2.96
R2304N118004-08

**Utility Mailer
10 1/2" x 16"**

