# In the United States Court of Federal Claims

Marcades Rishelle Potter )
)
)
)
_____ )
Plaintiff(s), )     Case No. __22-720 C__
)
v. )
)     Judge _____
THE UNITED STATES, )
)
Defendant. )
)

## Application to Proceed *In Forma Pauperis*

I, Marcades Rishelle Potter_____, declare that the following is true and correct; that I am the plaintiff in the above entitled case; that in support of my application to proceed without being required to prepay fees, costs, or give security thereof, I state that because of my poverty, I am unable to pay the costs of said proceedings or to give security thereof, and that I am entitled to relief pursuant to 28 U.S.C. § 1915.

1. Are you incarcerated?   ◯ Yes   ⬤ No   (If the answer is no, go to question 2.)

   I am being held at: _____

   Do you receive any payment from this institution?   ◯ Yes   ◯ No
   Monthly amount: _____

   ☐ I have attached a certified copy of my trust fund account statement (or institutional equivalent) for the six (6)-month period immediately preceding the filing of this complaint, as required by 28 U.S.C. § 1915(a)(2).

   ☐ I have attached a "Prisoner Authorization form" authorizing the Facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the court certified copies of my account statements for the past six (6) months.

2. Are you currently employed?   ◯ Yes   ⬤ No
   a. If the answer is yes, give the name and address of your employer and state the amount of your salary or wages per month (both gross and net).

    b. If the answer is no, state the date of last employment and the amount of your salary or wages per month (both gross and net).

3. *Within the past twelve (12) months*, have you received any money from the following sources?
   a. Business, profession, or other form of self-employment? ○ Yes ● No
   b. Rent payments, interest, or dividends? ○ Yes ● No
   c. Pensions, annuities, or life insurance payments? ○ Yes ● No
   d. Gifts or inheritances? ○ Yes ● No
   e. Any other sources? ○ Yes ● No

   If the answer to any of the above is yes, describe each source of money and the amount received in the last twelve (12) months, and what you expect to receive in the future.

   If the answer is no to all of the questions above, explain how you are paying your expenses.
   **My fiance covers the household expenses**

4. How much money do you have in cash or in a checking, savings, or inmate account?
**$0**

5. Do you own any automobiles, real estate, stocks, bonds, securities, trusts, jewelry, art work, or other financial instruments or items of value, including any items of value held in someone else's name? If so, describe each property and its approximate value.
**No**

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of each monthly expense.

7. List any persons dependent upon you for support, your relationship to those persons, and how much you contribute toward their support.
**(Karter Johnson)**

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable.

*Affidavit:* I declare under penalty of perjury that the foregoing is true and correct and that a false statement may result in dismissal of my complaint.

**June 23, 2022**
(Date)

_(Signature of Applicant)_

**Potter, Marcades Rishelle**

Prison Identification # (if incarcerated)      Print Name (Last, First, MI)